_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 15, 2022**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                           **Chapter 13 No.:**
**Martha Nell Modisette**                       **21 - 51302 – KMS**

### ORDER ON THE OBJECTION TO NOTICE OF
### POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES
### [Dkt. 28]

**THIS MATTER** came before the Court on the Debtor's Objection to U.S. Bank N.A., as Trustee of the TIKI series III Trust's ("U.S. Bank") Notice of Post-Petition Mortgage Fees, Expenses and Charges ("document" under Claim No. 3), with no written response filed in opposition to the Objection.  On June 1, 2022, U.S. Bank filed an Amended Notice of Post-Petition Mortgage Fees, Expenses and Charges ("document" under Claim No. 3, the "Amended Notice") that reduced U.S. Bank's requested attorney's fees to $250.00, rendering the objection moot.  The Debtor desires to withdraw her objection and allow the Amended Notice.  It is therefore,

**ORDERED AND ADJUDGED** that the Debtor's Objection is withdrawn as moot and U.S. Bank's Amended Notice is allowed.  U.S. Bank is entitled to fees in the amount of $250.00.

###End of Order###

Prepared & Submitted By:

Blake A. Tyler, Esq. (MSB#101786)
GADOW|TYLER, PLLC
511 East Pearl Street
Jackson, Mississippi 39201
Phone: 601.355.0654/
eFax:   601.510.9667
email: blake@gadowtyler.com